JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| I.G., | Case No. 2:16-CV-00364-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

Date: February 8, 2018

HON. STEVE KIM
U.S. MAGISTRATE JUDGE